UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
L.R.C.

                        Petitioner,

        - against –

Maldonado et al.,

                        Respondents.
------------------------------------------------------------ X

JUDGMENT
25-cv-06825-AMD

      An Order of Honorable Ann M. Donnelly, United States District Judge, having been docketed on December 19, 2025, granting the petition for a writ of habeas corpus under 28 U.S.C. § 2241; it is

      ORDERED and ADJUDGED that Judgment is hereby entered in favor of the petitioner; the petition for a writ of habeas corpus under 28 U.S.C. § 2241, ECF No. 1, is granted; that the government is directed to release the petitioner from custody immediately and within 24 hours of this Order; the government is further directed to return to the petitioner any and all funds and/or property seized from the petitioner at the time of arrest; that the petitioner shall not be re-detained without notice and an opportunity to be heard at a pre-deprivation bond hearing before a neutral decisionmaker, where the government will have the burden of showing that his detention is authorized under 8 U.S.C. § 1226(a).

Dated: Brooklyn, New York
       December 19, 2025

Approved by:  s/Ann M. Donnelly
                   ANN M. DONNELLY
                   United States District Judge

Dated: Brooklyn, New York
       December 19, 2025

Approved by:   s/Brenna B. Mahoney
                   BRENNA B. MAHONEY
                   Clerk of Court